**Sherri J. GRADISHER and Scott Brown, Plaintiffs–Appellants,**

**v.**

**COUNTY OF MUSKEGON; Muskegon County Sheriff Department; Robert L. Carter, Sheriff, Check Enforcement Unit, Inc., Terry Heiss; Diane Cayo, Defendants–Appellees.**

No. 03–1393.

United States Court of Appeals, Sixth Circuit.

Sept. 22, 2004.

Rehearing En Banc Denied Nov. 22, 2004.

O. Randolph Bragg, Horwitz, Horwitz & Assoc., Chicago, IL, for Plaintiffs–Appellants.

Thoa K. Du, Stephen C. Corwin, Muskegon, MI, Daniel P. Webber, Thomas, Degrood, Witenoff & Hoffman, Southfield, MI, for Defendants–Appellees.

Before NORRIS, COLE, and ROGERS, Circuit Judges.

ROGERS, Circuit Judge.

For the reasons set forth in the opinion issued today in *Silvernail v. County of Kent,* No. 03–1413, 385 F.3d 601, 2004 WL 2101930 (6th Cir. September 22, 2004), the judgment of the district court is affirmed.

R. GUY COLE, Jr., Circuit Judge, dissenting.

For the reasons set forth in my dissenting opinion issued today in *Silvernail v. County of Kent,* No. 03–1413, 385 F.3d 601, 2004 WL 2101930 (6th Cir. September 22, 2004), I respectfully dissent in this case as well.